[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 565.]

THE STATE OF OHIO, APPELLEE, *v.* ELDRED, APPELLANT.

[Cite as *State v. Eldred*, 1998-Ohio-713.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment affirmed on authority of State v. Cook—Cause remanded to trial court to properly direct processing of defendant.*

(No. 98-816—Submitted October 13, 1998—Decided November 18, 1998.)

APPEAL from the Court of Appeals for Hamilton County, No. C-970300.

————————————

*Joseph T. Deters*, Hamilton County Prosecuting Attorney, and *Paula E. Adams*, Assistant Prosecuting Attorney, for appellee.

*Schuh & Goldberg* and *Raul E. Tellez*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} The cause is remanded to the trial court to properly direct processing of the defendant by the official in charge of the state correctional institution where the defendant is committed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————